393 P.3d 1023

STATE of Hawai'i, Plaintiff-Appellee,

v.

Casey L. BURNETT, Defendant-Appellant.

NO. CAAP-14-0000902

Intermediate Court of Appeals of Hawai'i.

April 27, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (HONOLULU DIVISION) (CASE NO. 1DTA-13-05527)

## SUMMARY DISPOSITION ORDER

Vacate. Remand.

393 P.3d 1023

Willie James JONES, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee.

NO. CAAP-14-0001077

Intermediate Court of Appeals of Hawai'i.

April 27, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 13-1-0033 (CR. NO. 95-1384))

## SUMMARY DISPOSITION ORDER

Affirm.

393 P.3d 1023

STATE of Hawai'i, Plaintiff-Appellee,

v.

Kristopher KEALOHA, Defendant-Appellant (CR. NOS. 12-1-0224 and 12-1-0387)

State of Hawai'i, Plaintiff-Appellee,

v.

Kristopher Kane Kealoha, Defendant-Appellant

and

NO. CAAP-14-0001195
NO. CAAP-14-0001196
NO. CAAP-14-0001197

Intermediate Court of Appeals of Hawai'i.

April 28, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

## SUMMARY DISPOSITION ORDER

Affirmed.